UNITED STATES of America,
Plaintiff–Appellee,

v.

Guillermo GODINEZ, Defendant–
Appellant.

No. 10–50332.

United States Court of Appeals,
Ninth Circuit.

Submitted April 5, 2011.*

Filed April 11, 2011.

George Manahan, Esquire, Office of The
U.S. Attorney, San Diego, CA, for Plain-
tiff–Appellee.

Marc X. Carlos, Esquire, Bardsley And
Carlos, San Diego, CA, for Defendant–
Appellant.

Before: B. FLETCHER, CLIFTON,
and BEA, Circuit Judges.

MEMORANDUM **

Guillermo Godinez appeals from the 72–
month sentence imposed following his con-
viction for being a deported alien found in
the United States, in violation of 8 U.S.C.
§ 1326. We have jurisdiction under 28
U.S.C. § 1291, and we affirm.

Godinez contends that the district court
procedurally erred by failing to explain
adequately its sentence and by failing to
address nonfrivolous mitigating argu-
ments. The contention is belied by the
record. He further contends that his sen-
tence reflects improper double counting of
his criminal history. This contention is
foreclosed by *United States v. Garcia-
Cardenas*, 555 F.3d 1049, 1050 (9th Cir.
2009) (per curiam).

Godinez also contends that his sentence
is substantively unreasonable under *Unit-
ed States v. Amezcua–Vasquez*, 567 F.3d
1050 (9th Cir.2009), because the sentence
does not adequately account for the age of
his prior convictions and his individual cir-
cumstances. In light of the totality of the
circumstances and the factors set forth in
18 U.S.C. § 3553(a), the sentence is sub-
stantively reasonable. *See Amezcua–Vas-
quez*, 567 F.3d. at 1058.

**AFFIRMED.**

---

* The panel unanimously concludes this case is
suitable for decision without oral argument.
*See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publi-
cation and is not precedent except as provid-
ed by 9th Cir. R. 36–3.